JOHN S. LEONARDO
United States Attorney
District of Arizona

DAVID A. PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
david.pimsner@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-10-01463-002-PHX-PGR |
|---|---|
| Plaintiff, | **MOTION TO DISMISS** |
| v. | |
| Marsh Aviation Company, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, respectfully requests the Court dismiss without prejudice defendant, Marsh Aviation Company, upon the Court's acceptance of a guilty plea entered by co-defendant, Floyd D. Stilwell. Additionally, the government moves that the dismissal against Marsh Aviation Company be with prejudice upon the sentencing of Floyd D. Stilwell or upon any other motion filed by the government

///

1

terminating the prosecution of Floyd D. Stilwell.

Excludable delay under 18 U.S.C. 3161(h) will not occur as a result of this motion and order based thereon.

Respectfully submitted this 29th day of October, 2012.

JOHN S. LEONARDO
United States Attorney
District of Arizona

 /s/ *David A. Pimsner*

DAVID A. PIMSNER
Assistant U.S. Attorney

Certificate of Service :

I hereby certify that on October 29, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephen M. Dichter and Alison Rebecca Christian, Attorneys for defendant

2