LAW OFFICE OF
**WALTER B. NASH III, P.C.**
P.O. BOX 2310
TUCSON, ARIZONA 85702
Telephone (520) 792-1613
Fax (520) 792-1614
Pima County Computer No. 41636
State Bar No. 002893

Attorney for Defendant Stilwell

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR10-1463(PHX-PGR) |
| Plaintiff, ) | |
| ) | NOTICE OF DEFENDANT'S |
| vs. ) | DEATH |
| ) | |
| FLOYD D. STILWELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   Walter Nash, counsel for the Defendant Floyd D. Stilwell herein, hereby gives notice to the Court of the passing of Mr. Stilwell on June 10th, 2014.  Counsel undersigned has provided a photocopy of the certificate of death to David Pimsner, the Assistant United States District Attorney assigned to the case, and Andrea Holguin, the United States Probation Officer supervising Mr. Stilwell prior to his passing.

RESPECTFULLY SUBMITTED this 30th day of June, 2014.

                LAW OFFICE OF
                WALTER B. NASH III, P.C.

                BY  /s/ Walter Nash
                WALTER NASH
                Attorney for Defendant

Copy of the foregoing mailed/faxed/
delivered/electronically served this
30th day of June, 2014 to:

Andrea Holguin
United States Probation Office
230 N. 1st. Ave, Ste 406
Phoenix, AZ 85003-1725

-2-

-3-